IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KEN SALAZAR, Secretary, DEPARTMENT OF THE INTERIOR, an agency of the United States, and BUREAU OF LAND MANAGEMENT,<br><br>　　　　Defendants. | Case No. 4: 08-CV-435-BLW<br><br>**CASE MANAGEMENT ORDER**<br>(Second Phase of Litigation) |

　　　　The Court's staff held a telephone conference with all counsel on March 6, 2013, to review the Proposed Litigation Plans submitted by each side. After reviewing those plans, the Court finds that the second phase of this litigation will focus on two issues: (1) The adequacy of the final grazing decisions and environmental analyses on the Jim Sage Mountain Area allotments (including the Jim Sage, Cassia Creek, Almo-Womack, and Chokecherry allotments); and (2) The propriety of the BLM's invocation of the grazing rider to excuse compliance with NEPA and FLPMA for a number of permits. With regard to this second issue, the

**Case Management Order - 1**

parties shall identify a test group of rider permits that are representative of the whole and that can be tested by summary judgment.

The Court will leave the briefing schedule up to counsel. The Court will direct counsel to meet together and work out a schedule that accommodates the schedules of counsel, and submit it to the Court for approval.

DATED: **March 8, 2013**

B. LYNN WINMILL
Chief Judge
United States District Court