IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT,<br><br>　　　　Plaintiff,<br>　vs.<br><br>S.M.R. JEWELL, Secretary, *et al.*,<br><br>　　　　Defendants,<br>and<br><br>J.R. SIMPLOT COMPANY, *et al.*,<br><br>　　　　Intervernor-Defendants. | Case No. 4:08-cv-435-BLW<br><br>**ORDER** |

　　Having read and considered the parties' "Proposed Revised Summary Judgment Briefing Schedule,"

NOW THEREFORE IT IS HEREBY ORDERED, that:

1. Federal Defendants shall file their combined cross-motion for summary judgment and opposition to Plaintiff's motion for summary judgment on or before **November 22, 2013**;

2. Defendant-Intervenors shall file their combined cross-motion for summary judgment and opposition to Plaintiff's motion for summary judgment on or before **December 6, 2013**;

3. Plaintiff shall file its combined opposition to Federal Defendants' and Defendant-Intervenors' cross-motions for summary judgment and reply in support of its motion for summary judgment on or before **January 6, 2014**;

4. Federal Defendants and Defendant-Intervenors shall file their respective replies in support of their cross-motions for summary judgment on or before **February 20, 2014**.

IT IS FURTHER ORDERED, that the stay is LIFTED.



DATED: December 9, 2013

_____
B. Lynn Winmill
Chief Judge
United States District Court