Todd C. Tucci (ISB # 6526)
Laurence ("Laird") J. Lucas (ISB # 4733)
*Advocates for the West*
P.O. Box 1612
Boise, ID 83701
(208) 342-7024
ttucci@advocateswest.org
llucas@advocateswest.org

Attorneys for Plaintiff Western Watersheds Project

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| WESTERN WATERSHEDS PROJECT, | ) | No. 4:08-cv-435-BLW |
| | ) | |
| Plaintiff, | ) | **MOTION FOR REMEDIAL RELIEF** |
| | ) | **ON PHASE ONE AND PHASE TWO** |
| vs. | ) | **ALLOTMENTS** |
| | ) | |
| RYAN ZINKE*, Secretary, | ) | |
| DEPARTMENT OF THE INTERIOR, an | ) | |
| agency of the United States, and BUREAU | ) | |
| OF LAND MANAGEMENT, | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff Western Watersheds Project ("Western Watersheds") respectfully moves the Court for remedial relief setting a deadline of March 1, 2019 for BLM to issue new final grazing decisions and associated NEPA analyses on the "Phase One" and "Phase Two" allotments at issue in this litigation.

As explained in more detail in the accompanying Opening Brief, the Court has already granted partial summary judgment for Western Watersheds holding that BLM violated NEPA and FLPMA in issuing grazing permits affecting key sage-grouse habitats on nine allotments in the Owyhee, Bruneau and Burley Field Offices, and remanded for BLM to conduct NEPA analysis and issue new permits in compliance with FLPMA and implementing regulations. *See Western Watersheds Project v. Salazar*, 843 F. Supp. 2d 1105 (D. Idaho February 6, 2012), ECF

---

* Pursuant to F.R.Civ.25(d), current Interior Secretary Ryan Zinke is automatically substituted for former Secretaries Ken Salazar and Sally Jewell.

No. 171 ("Phase One SJ Ruling") (holding unlawful grazing decision on the Battle Creek and East Castle Creek allotments in the Bruneau Field Office, and the Rockville, Silver City and Diamond Basin allotments in the Owyhee Field Office); *Western Watersheds Project v. Jewell*, No. 4:08-cv-435-BLW, 2014 WL 4853121 (D. Idaho Sept. 29, 2014), ECF No. 265 (Memorandum Decision and Order) ("Phase Two SJ Ruling") (holding unlawful BLM's final grazing decisions on the Jim Sage, Almo-Womack, Chokecherry and Cassia Creek allotments in the Burley Field Office).  These nine allotments at issue in the Phase One and Phase Two SJ Rulings are the "contested allotments" for which Western Watersheds now seeks remedial relief.

Even though the Court issued these Phase One and Phase Two SJ Rulings in 2012 and 2014, respectively, BLM has <u>still</u> not completed the necessary NEPA analysis or issued new final grazing permits for the contested allotments.  BLM refuses to agree or adhere to any deadline for completing the NEPA analysis and issuing the permits, yet grazing continues under the terms of the unlawful permits in key sage-grouse habitats.

In order to wrap up this case and end BLM's foot-dragging and delay, Western Watersheds thus prays the Court to issue a remedial order setting the requested deadline of March 1, 2019 – i.e., before the start of the 2019 grazing season – for BLM to comply with the Phase One and Phase Two SJ Rulings, and issue new final permits with required NEPA and FLPMA analysis for the nine contested allotments.

This Motion is brought pursuant to Rule 65 of the Federal Rules of Civil Procedure, the Administrative Procedure Act, 5 U.S.C. § 706, and the Court's equitable authority to issue relief implementing its summary judgment rulings.  This motion is supported by the accompanying Opening Brief In Support Of Motion For Remedial Relief On Phase One And Phase Two Allotments; the Declaration of Todd C. Tucci; by all orders, pleadings, declarations and other

matters already on file with the Court; and by such further and other matters as may be presented to the Court prior to decision.

WHEREFORE, Plaintiff Western Watersheds respectfully prays that the Court grant this Motion and enter remedial relief ordering BLM to issue by March 1, 2019 new final grazing decisions and associated NEPA analyses on the "Phase One" and "Phase Two" allotments at issue in this litigation.

Dated this 10th day of January 2018.

Respectfully submitted,

/s/ Todd C. Tucci
Todd C. Tucci (ISB # 6526)
Laurence ("Laird") J. Lucas (ISB # 4733)
*Advocates for the West*
P.O. Box 1612
Boise, ID 83701
(208) 342-7024
ttucci@advocateswest.org
llucas@advocateswest.org

Attorneys for Plaintiff Western Watersheds Project

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day January, 2018, I caused the foregoing MOTION FOR REMEDIAL RELIEF ON PHASE ONE AND PHASE TWO ALLOTMENTS, and the accompanying OPENING BRIEF IN SUPPORT OF MOTION FOR REMEDIAL RELIEF and DECLARATION OF TODD C. TUCCI, and all attendant exhibits, to be electronically filed with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to all counsel of record in this matter as follows:

Attorneys for Federal Defendants
Christine England
christine.england@usdoj.gov

Luke Hajek
luke.hajek@usdoj.gov

MOTION FOR REMEDIAL RELIEF ON PHASES ONE AND TWO ALLOTMENTS -- 3

<u>Attorneys for Intervenors J.R. Simplot Co. et al.</u>
Paul Arrington
pla@idahowaters.com

Alan Schroeder
alan@schroederlezamiz.com

Albert Barker
apb@idahowaters.com

<u>Attorneys for Intervenor Ellison Ranching Co.</u>
Karen Budd-Falen
main@buddfalen.com

John Hammond
jrh@fisherpusch.com

<u>Attorneys for Intervenors Public Lands Council  et al.</u>
Arron Bruner
aebruner@wrlegal.org

Paul Turcke
pat@msbtlaw.com

Caroline Lobdell
clobdell@wrlegal.org

<u>Attorney for Amicus Nevada Counties</u>
Kristin McQueary
jfisherman@elkocountynv.net

<u>Attorney for Amicus State of Nevada</u>
Wayne Howle
whowle@ag.nv.gov

<u>Attorneys for Amici NW Farm Credit Services et al.</u>
Murray Feldman
mfeldman@hollandhart.com

William Myers
wmyers@hollandhart.com

                                              /s/ Todd C. Tucci___
                                              Todd C. Tucci