Todd C. Tucci (ISB # 6526)
Laurence ("Laird") J. Lucas (ISB # 4733)
Advocates for the West
P.O. Box 1612
Boise, ID 83701
(208) 342-7024
ttucci@advocateswest.org
llucas@advocateswest.org

Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO**

| | | |
|---|---|---|
| WESTERN WATERSHEDS PROJECT | ) | |
| | ) | No. 04:08-cv-435-BLW |
| Plaintiff, | ) | No. 1:12-cv-205-BLW |
| v. | ) | Consolidated |
| | ) | |
| BUREAU OF LAND MANAGEMENT, | ) | **PLAINTIFF'S MOTION FOR** |
| et al. | ) | **ATTORNEYS' FEES AND LITGATION** |
| | ) | **EXPENSES** |
| Defendants. | ) | |

Plaintiff Western Watersheds Project (WWP) respectfully moves this Court for an award of reasonable attorneys' fees and litigation expenses that it has incurred to date in its successful prosecution of this matter against Federal Defendants Bureau of Land Management *et al.* The Court is authorized to award WWP its reasonable attorneys' fees and litigation expenses against Federal Defendant pursuant to the Equal Access to Justice Act (EAJA), which provides:

> Except as otherwise specifically provided by statute, a court shall award to the prevailing party other than the United States fees and other expenses . . . incurred by that party in any civil action (other than cases sounding in tort), including proceedings for judicial review of agency action, brought by or against the United States in any court having jurisdiction of that action, unless the court finds that the position of the United States was substantially justified or that special circumstances make an award unjust.

28 U.S.C. § 2412(d)(1)(A).

Western Watersheds is entitled to recovery of reasonable attorneys' fees and litigation

expenses incurred in this matter under EAJA, because: (1) WWP is an eligible party as defined under EAJA; (2) WWP is the prevailing party in this litigation; (3) there are no special circumstances that would make an award unjust; and (4) Federal Defendant's position was not substantially justified.

Pursuant to EAJA, WWP requests an award of attorneys' fees and litigation expenses incurred to date in its successful prosecution of this litigation, based on the "lodestar" approach for fees (i.e., the reasonable time expended by its counsel at the reasonable market rates set forth below) and based on the litigation expenses incurred, as follows:

| | | |
|---|---|---|
| T. Tucci | 1,995.3 hours (various rates) = | $574,600.50 |
| L. Lucas | 164.0 hours (various rates) = | $ 61,552.50 |
| K. Ruether | 295.7 hours (various rates) = | $ 62,232.00 |
| N. Havlina | 12.9 hours (various rates) = | $  2,040.00 |
| Total Attorney's Fees: | | $700,424.50 |
| Total Litigation Expenses: | | $  1,836.42 |
| **TOTAL FEES AND EXPENSES:** | | **$702,261.42** |

WWP will provide further briefing, declarations, timesheets, and other documents in support of this motion, consistent with the agreement of the parties. Specifically, WWP and Federal Defendants have separately agreed to stay this motion for 90 days until August 26, 2019 in order to try to reach settlement and avoid litigating this matter.

WHEREFORE, WWP respectfully prays that the Court grant this motion; and award it attorneys' fees and litigation expenses in the amount of $702,261.42 for the fees and expenses it has reasonably incurred to date in this action, plus such further amounts as it may incur hereafter in litigating this motion.

Dated:  May 22, 2019                              Respectfully submitted,

/s/ Todd C. Tucci
Todd C. Tucci (ISB # 6526)
Attorney for Plaintiff