# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT ) | |
| ) | No. 04:08-cv-435-BLW |
| Plaintiff, ) | No. 1:12-cv-205-BLW |
| v. ) | Consolidated |
| ) | |
| BUREAU OF LAND MANAGEMENT, ) | **ORDER** |
| et al., ) | **GRANTING UNOPPOSED** |
| Defendants. ) | **MOTION TO STAY BRIEFING** |

This matter comes before the Court on the Parties JOINT MOTION TO STAY BRIEFING ON MOTION FOR ATTORNEYS' FEES AND LITIGATION COSTS. For good cause shown,

NOW THEREFORE IT IS HEREBY ORDERED that the Motion to Stay (Docket No. 308) is GRANTED, and briefing is STAYED on Plaintiff's Motion for Attorneys' Fees and Litigation Costs (Docket No. 302) until January 20, 2020.

DATED: December 5, 2019

_____
B. Lynn Winmill
United States District Judge