BART M. DAVIS, Idaho Bar No. 2696
United States Attorney

JEAN E. WILLIAMS
Deputy Assistant Attorney General

LUTHER L. HAJEK, Colorado Bar No. 44303
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
999 18th St., South Terrace – Suite 370
Denver, CO 80202
Tel: (303) 844-1376; Fax: (303) 844-1350
E-mail: Luke.Hajek@usdoj.gov

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, ) | |
| ) | No. 04:08-cv-435-BLW |
| Plaintiff, ) | |
| v. ) | **STIPULATION AND** |
| ) | **SETTLEMENT OF** |
| U.S. BUREAU OF LAND ) | **PLAINTIFF'S MOTION FOR** |
| MANAGEMENT ET AL., ) | **ATTORNEYS' FEES AND** |
| ) | **LITIGATION EXPENSES** |
| Defendants. ) | |

Defendants U.S. Department of the Interior, U.S. Bureau of Land Management, and Secretary of the Interior David Bernhardt Department (collectively, "Defendants") and Plaintiff Western Watersheds Project ("Plaintiff"), by and through their undersigned counsel, hereby stipulate and agree as follows:

1.  Plaintiff has submitted a motion for attorneys' fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. 2412.  *See* Plaintiff's Motion for Attorneys' Fees and Litigation Expenses ("Fee Motion"), ECF No. 302.


2.  For purposes of settlement only and without conceding liability for attorneys' fees and costs, Defendants agree to pay Plaintiff a total of $578,000 in full and complete satisfaction of Plaintiff's Equal Access to Justice Act claim and any and all potential claims that Plaintiff may have for attorneys' fees and costs associated with this case.

3.  The payment described in paragraph 2 shall be accomplished by electronic funds transfer to Advocates for the West's Lawyer Trust Account.  Within twenty days of execution of this agreement, Plaintiff's counsel shall provide to Defendants the information necessary to accomplish the electronic funds transfer, including bank account number and routing information, and the name and address associated with the account.

4.  Plaintiff and Plaintiff's counsel agree to hold Defendants and the United States harmless in any litigation, further suit, or claim arising from the authorized transfer of the payments described in paragraph 3.  The United States may offset the payment amount to account for any delinquent debts owed by the Plaintiff to the United States pursuant to 31 U.S.C. §§ 3711, 3716.

5.  Plaintiff agrees that the receipt of the payment described in paragraph 2 shall operate as a waiver and release of any and all claims for attorneys' fees and costs associated with this case.  Plaintiff further agrees that all claims Plaintiff may have for attorneys' fees, costs, and expenses shall be dismissed with prejudice upon the approval of this stipulation by the Court and receipt of the payment described in paragraph 2.

6.  This settlement is entered into solely for purposes of settling Plaintiff's Fee Motion and does not represent an admission by any party of any claim or defense in relation to the Fee Motion for this case.  Further, this settlement agreement has no

precedential value.  It shall not bind any party in any future proceeding of any kind, whether judicial or administrative in nature, and shall not be cited as evidence or referred to in any proceeding, except as necessary to effect the terms of this agreement.

7. No provision of this settlement agreement shall be interpreted as or constitute a commitment or requirement that Defendants obligate or pay funds in violation of the Anti-Deficiency Act, 31 U.S.C. § 1341, or any other applicable appropriations law.

8. This stipulation represents the entirety of the agreement between Plaintiff and Defendants with regard to the settlement of Plaintiff's claims for attorneys' fees and costs.

9. The undersigned representatives of each party certify that they are fully authorized by the respective parties they represent to enter into the terms and conditions of this settlement agreement and to legally bind the parties to the agreement.

10. The terms of this agreement shall become effective upon the Court's approval of this stipulation.

IT IS SO STIPULATED AND AGREED.

Respectfully submitted this 16th day of January, 2020.

/s/ Todd C. Tucci
Todd C. Tucci (ISB # 6526)
ttucci@advocateswest.org
*Advocates for the West*
P.O. Box 1612
Boise, ID 83701
(208) 342-7024
(208) 342-8286 (fax)

Attorney for Plaintiff

BART M. DAVIS
United States Attorney

JEAN E. WILLIAMS
Acting Assistant Attorney General
Environment and Natural Resource Division

/s/ Luther L. Hajek_____
LUTHER L. HAJEK
U.S. Department of Justice
Environmental and Natural Resources Div.
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
Tel: (303) 844-1376
E-mail: Luke.Hajek@usdoj.gov

Attorneys for Defendants

STIPULATION AND SETTLEMENT OF PLAINTIFF'S MOTION FOR
ATTORNEYS' FEES AND LITIGATION EXPENSES -- 4

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of January, 2020, I caused the foregoing STIPULATION AND SETTLEMENT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND LITIGATION EXPENSES to be electronically filed with the Clerk of the Court, using the CM/ECF system, which sent a Notice of Electronic Filing to all counsel of record in this matter:

**Counsel for Plaintiff**
Laurence J. Lucas
llucas@advocateswest.org

Todd C. Tucci
ttucci@advocateswest.org

**Counsel for Defendants**
Christine G. England
Christine.England@usdoj.gov

Luther L. Hajek
Luke.Hajek@usdoj.gov

**Counsel for Intervenor State of Idaho**
Clive James Strong
clive.strong@ag.Idaho.gov

Steven W. Strack
steve.strack@ag.idaho.gov

**Counsel for Intervenor State of Utah**
Harry H. Souvall
hsouvall@utah.gov

Roger R. Fairbanks
rfairbanks@utah.gov

Thomas A. Mitchell
tommitchel@utah.gov

Paul A. Turcke
pat@msbtlaw.com


**Counsel for Intervenor State of Wyoming**
James Kaste

STIPULATION AND SETTLEMENT OF PLAINTIFF'S MOTION FOR
ATTORNEYS' FEES AND LITIGATION EXPENSES -- 5

jkaste@state.wy.us

**Counsel for Intervenors QEP Resource, SWEPI LP, Ultra Resources, and EOG Resources**
John Frederic Shepherd
jshepherd@hollandhart.com

Murray D. Feldman
mfeldman@hollandhart.com

Hadassah M. Reimer
hmreimer@hollandhart.com

**Counsel for Intervenors Wyoming Stock Growers Ass'n and Petroleum Association of Wyoming**
Sean Patrick Smith
ssmith@mountainstateslegal.com

John L. Runft
JRunft@runftsteele.com

                            /s/ Luther L. Hajek
                            Luther L. Hajek
                            Trial Attorney
                            U.S. Department of Justice