# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT ) | |
| ) | No. 04:08-cv-435-BLW |
| Plaintiff, ) | No. 1:12-cv-205-BLW |
| v. ) | Consolidated |
| ) | |
| BUREAU OF LAND MANAGEMENT, ) | **ORDER** |
| et al., ) | |
| Defendants. ) | |

Finding good cause therefore

NOW THEREFORE IT IS HEREBY ORDERED that the Stipulation (docket no. 310) is APPROVED and the motion for attorney fees and costs (docket no. 302) is resolved as set forth in the Stipulation

DATED: January 17, 2020

B. Lynn Winmill
United States District Judge